# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| VAMSIDHAR VURIMINDI, | : | No. 141 EM 2015 |
| Petitioner | : | |
| v. | : | |
| OFFICE OF DISTRICT ATTORNEY, PHILADELPHIA AND OFFICE OF ATTORNEY GENERAL, COMMONWEALTH OF PA AND HON. JUDGE SHEILA WOODS-SKIPPER AND COURT OF COMMON PLEAS, PHILADELPHIA, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

Mr. Justice Eakin did not participate in the decision of this matter.